IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAFAEL ENRIQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3466 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

TO THE PLAINTIFF AND DEFENDANT'S COUNSEL OF RECORD:

The plaintiff has asked that he receive copies of all filings made by the defendant via email, rather than through certified mail.  If the plaintiff will provide an email address, counsel for the defendant is directed to send any filing made with the court to the plaintiff via email and regular mail at the same time it is sent to the clerk's office for electronic filing. That arrangement should make it unnecessary to grant the plaintiff's request for training in electronic filing.

SIGNED on March 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge