IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAFAEL ENRIQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3466 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff, Rafael Enriquez, filed a "motion for request for the production of documents." (Docket Entry No. 20). It appears that the documents have now been mailed to the plaintiff. The motion is denied, without prejudice, as moot.

SIGNED on May 22, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge