**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RAFAEL ENRIQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3466 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The defendant, the City of Houston, moved to quash a deposition noticed by the plaintiff, Rafael Enriquez, on less than two days' notice. (Docket Entry No. 29). Enriquez then filed a motion to deny the motion to quash, in which he agreed that the deposition should be taken on the "earliest day of availability." (Docket Entry No. 30). The motion to quash is granted. The motion to deny is moot. The deposition of Karen Fields is to be taken by Rafael Enriquez at the Conference Room of the Offices of the City Attorney on a mutually convenient date between July 6, 2009 to July 17, 2009. The deposition questioning by Rafael Enriquez may not exceed four hours. Rafael Enriquez will secure the court reporter.

Rafael Enriquez also seeks production of the 2008 Annual Employee Survey. (Docket Entry No. 26). The City is instructed to produce the document or a response to the request no later than July 6, 2009.

SIGNED on June 16, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge