IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAFAEL ENRIQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3466 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with this court's Memorandum and Order granting the motion for summary judgment filed by the defendant, the City of Houston, this case is dismissed with prejudice.

This is a final judgment.

SIGNED on April 20, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge